# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW HERD,

     *Petitioner,*

 v.

BARRY SMITH, *et al.,*

     *Respondents.*

CIVIL ACTION
NO. 17-538

## ORDER

**AND NOW**, this 10th day of October, 2017, upon consideration of the Petition

for a Writ of *Habeas Corpus* (ECF No. 1), Respondent's Response (ECF No. 12), and the

Report and Recommendation of U.S. Chief Magistrate Judge Linda K. Caracappa, (ECF

No. 13), it is hereby **ORDERED** that:

1. Magistrate Judge Caracappa's Report and Recommendation is **APPROVED** and

   **ADOPTED**;[1]

2. Herd's Petition for a Writ of *Habeas Corpus* is **DENIED** and **DISMISSED** with

   prejudice;

3. No certificate of appealability shall issue;

4. This case shall be **CLOSED** for statistical purposes.

      BY THE COURT:


      ***/s/ Gerald J. Pappert***
      GERALD J. PAPPERT, J.

---

[1]   When no objection is made to a report and recommendation, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b) advisory committee notes; *see also Oldrati v. Apfel*, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998) ("In the absence of a timely objection, therefore, this Court will review [a] Magistrate Judge['s] . . . Report and Recommendation for 'clear error.'"). No clear error appears on the face of the record and the Court accordingly accepts Judge Caracappa's recommendation.